GEORGE L. LEPOFSKY, TRUSTEE *v.*
KENNETH J. SLAPIN ET AL.
(6348)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.

Argued March 8—decision released April 5, 1989

*Blair Axel,* pro hac vice, with whom was *Michael D. Bromley,* for the appellants (defendants).

*Lawrence M. Lapine,* with whom, on the brief, was *Christopher R. Bello,* for the appellee (plaintiff).

PER CURIAM. There is no error.